# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-02907-H-DDL

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the motion and dismisses the case in its entirety without prejudice. This case is hereby closed.

**Date:** 8/3/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M.Williams
M.Williams, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-02907-H-DDL

Plaintiff(s): Bianca Garcia, individually and on behalf of all others similarly situated; Jose Chavez, individually and on behalf of all others similarly situated; Dallas Pottish, individually and on behalf of all others similarly situated.

V.

Defendant(s) Renewel by Andersen LLC, a Minnesota entity doing business as Renewalbyandersen.com